AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| 1. Gage Morgan, an individual;<br>2. Andrew Chamberlain, an individual<br><br>*Plaintiff(s)*<br>v.<br>1. 918 Fully Involved, Inc. an Oklahoma non-profit corporation;<br>2. Dustin Fletcher, an individual; and<br>3. Sterling Matthew Condry, an individual<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 25-cv-00192-JFJ<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    918 Fully Involved, Inc.
    c/o Sterling Matthew Condry, Registered Agent
    4969 S. 195th E. Place
    Broken Arrow, OK 74014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    D. Ward Hobson
    210 Park Avenue, Suite 1200
    Oklahoma City, OK 73102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                                                           CLERK OF COURT, Heidi D. Campell

Date: APR 1 8 2025

                                                                                                                           *Signature of Clerk or Deputy Clerk*

mailed to atty

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| 1. Gage Morgan, an individual;<br>2. Andrew Chamberlain, an individual<br><br>*Plaintiff(s)*<br>v.<br>1. 918 Fully Involved, Inc. an Oklahoma non-profit corporation;<br>2. Dustin Fletcher, an individual; and<br>3. Sterling Matthew Condry, an individual<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 25-cv-00192-JFJ<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
          Dustin Fletcher
          2334 West New Orleans Street
          Broken Arrow, OK 74011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          D. Ward Hobson
          210 Park Avenue, Suite 1200
          Oklahoma City, OK 73102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*, Heidi D. Campbell

Date: APR 1 8 2025

                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| 1. Gage Morgan, an individual;<br>2. Andrew Chamberlain, an individual<br><br>*Plaintiff(s)*<br>v.<br>1. 918 Fully Involved, Inc. an Oklahoma non-profit corporation;<br>2. Dustin Fletcher, an individual; and<br>3. Sterling Matthew Condry, an individual<br>*Defendant(s)* | Civil Action No. 25-cv-00192-JFJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Sterling Matthew Condry
    4969 S. 195th E. Place
    Broken Arrow, OK 74014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    D. Ward Hobson
    210 Park Avenue, Suite 1200
    Oklahoma City, OK 73102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*, Heidi D. Campbell

Date: APR 1 8 2025

*Signature of Clerk or Deputy Clerk*